**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TENEZACA-BACACELA,<br>Petitioner, | : | |
| v. | : | Civil No. 2:26-cv-07617-JLS |
| JAMAL L. JAMISON, et al.,<br>Respondents. | : | |

**ORDER**

**AND NOW,** this 5th day of October 2026, upon review of the Petition for Writ of Habeas Corpus (Dkt. No. 1), **IT IS HEREBY ORDERED** that Respondents shall file a response on or before **Thursday, October 8, 2026, at 5:00 PM**.

**IT IS FURTHER ORDERED** that the respondents shall not take any actions to remove the Petitioner from the Eastern District of Pennsylvania while this Petition is pending.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
**United States District Court Judge**