**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TENEZACA-BACACELA,<br>Petitioner, | : | |
| v. | : | Civil No. 2:26-cv-07617-JLS |
| JAMAL L. JAMISON, et al.,<br>Respondents. | : | |

**ORDER**

**AND NOW,** this 9th day of October 2026, **IT IS HEREBY ORDERED** that a telephonic conference shall be held on **Tuesday, October 13, 2026 at 2:30 p.m.** All parties shall call into the conference at 855-244-8681 and use access code 2316 821 4382.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
**United States District Court Judge**